IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DERRICK L. WALKER,**

    *Plaintiff,*

**v.**                                      **Case No.: 1:21cv168-MW/GRJ**

**PROGRESSIVE SELECT
INSURANCE,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation. ECF No. 67. Upon consideration, no objections having been

filed by the parties,[1]

    **IT IS ORDERED:**

The report and recommendation, ECF No. 67, is **accepted and adopted** as

this Court's opinion. Defendant's motion to enforce settlement agreement, ECF No.

60, is **GRANTED**. Plaintiff is ordered to comply with the terms of the settlement

---

[1] Plaintiff has not sought any extension to file objections. Instead, during the time for filing objections, he filed a response to Defendant's motion for summary judgment. *See* ECF No. 68.

agreement **on or before Friday, October 21, 2022**.

**SO ORDERED on October 11, 2022.**

**s/Mark E. Walker**
**Chief United States District Judge**