IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DERRICK L. WALKER,**

    *Plaintiff*,

v.                                                    Case No.: 1:21cv168-MW/MJF

**PROGRESSIVE SELECT
INSURANCE COMPANY,**

    *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 110. The Magistrate Judge recommends that this Court deny Plaintiff's motion for leave to amend his complaint to add a bad faith claim, terminate all pending motions, and close this case.

Plaintiff has not filed any objections to the report and recommendation. Instead, without leave of court, Plaintiff has filed a document titled "Third Amended Complaint," on CM/ECF and styled as a "Motion for Bad Faith (FIRAC) Amended Complaint," that sets out twelve "counts" and requests $5,000,000 plus prejudgment interest, among other forms of relief, against Defendant. ECF No. 111. To the extent, this Court construes ECF No. 111 to be Plaintiff's Third Amended Complaint, the pleading is unauthorized and due to be stricken. To the extent the filing is construed

as a second motion for leave to amend the complaint, the motion is due to be denied. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 110, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to amend, ECF No. 95, is **DENIED** as amendment would be futile. Plaintiff's "Motion for Bad Faith (FIRAC) Amended Complaint," ECF No. 111, is **DENIED as moot.** The Clerk shall close the file.

**SO ORDERED on June 7, 2024.**

s/Mark E. Walker              
**Chief United States District Judge**